IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT REILLY,<br><br>                    Plaintiff,<br><br>         v.<br><br>LEHIGH VALLEY HOSPITAL,<br><br>                    Defendant | CIVIL ACTION NO. 09-CV-5816 |

## ORDER

**AND NOW**, this    15th    day of March, 2012, upon consideration of Defendant Lehigh Valley Hospital's Motion for Summary Judgment (Dkt. No. 26) filed April 1, 2011; upon consideration of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 34) filed May 9, 2011; and upon consideration of Defendant Lehigh Valley Hospital's Reply Brief in Support of Motion for Summary Judgment (Dkt. No. 38) filed June 7, 2011; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that the Clerk of Court shall remove this case from civil suspense.

**IT IS FURTHER ORDERED** that Defendant Lehigh Valley Hospital's Motion for Summary Judgment (Dkt. No. 26) is **GRANTED**.  Judgment is entered for Defendant Lehigh Valley Hospital.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge